IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEBORAH C. PISANO, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-170
)
SOCIAL SECURITY ADMINISTRATION, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which Plaintiff has filed an objection (Doc. 13). The objection fails to address all of the deficiencies identified by the Magistrate Judge and simply states that "the ALJ made an improper decision in my case." (Doc. 13 at 1.) After a careful de novo review of the record, the Report and Recommendation (Doc. 9) is **ADOPTED** as the Court's opinion in this case. Therefore, Plaintiff's Complaint (Doc. 1) is **DISMISSED** and Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 11) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 2ND day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA